| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |

**\*ORDER E-FILED:  7/6/2007\***

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUIXIANG CHEN,<br><br>           Plaintiff,<br><br>       v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director of U.S. Citizenship and Immigration Services;<br>DAVID N. STILL, San Francisco District Director of U.S. Citizenship and Immigration Services;<br>ROBERT S. MUELLER, Director of Federal Bureau of Investigations,<br><br>           Defendants. | No. C 07-2072 HRL<br><br>**PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS**<br><br>**AND ORDER** |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this action is limited to plaintiff's request that this Court compel defendants to adjudicate the

Parties' Request for Exemption
C07-2072 HRL                                           1

1  application for naturalization.  Defendants have already requested the FBI expedite the name check
2  so that the application may be processed as soon as possible.  Given the substance of the action
3  and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and
4  unnecessarily tax court resources.   Accordingly, pursuant to ADR L.R. 3-3(c), the parties request
5  the case be removed from the ADR Multi-Option Program and that they be excused from
6  participating in the ADR phone conference and any further formal ADR process.

Dated: June 29, 2007                           Respectfully submitted,

                                               SCOTT N. SCHOOLS
                                               United States Attorney


                                               _____/s/_____
                                               ILA C. DEISS
                                               Assistant United States Attorney
                                               Attorneys for Defendants


Dated: July 2, 2007                            _____/s/_____
                                               STANLEY CHAO
                                               Attorney for Plaintiff

## ORDER

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process.

**SO ORDERED.**

Dated:  July 6, 2007

                                               _____
                                               HOWARD R. LLOYD
                                               United States Magistrate Judge

Parties' Request for Exemption
C07-2072 HRL                                   2