SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

*ORDER E-FILED: 7.16.2007*

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUIXIANG CHEN,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director of U.S. Citizenship and Immigration Services;<br>DAVID N. STILL, San Francisco District Director of U.S. Citizenship and Immigration Services;<br>ROBERT S. MUELLER, Director of Federal Bureau of Investigations,<br><br>    Defendants. | No. C 07-2072 HRL<br><br>**PARTIES' CONSENT TO MAGISTRATE JUDGE JURISDICTION; STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

    In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

    Plaintiff, by and though her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration

Consent and Stipulation to Dismiss
C07-2072 HRL                1

Services is now prepared to grant Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

Date: July 12, 2007                                Respectfully submitted,

                                                   SCOTT N. SCHOOLS
                                                   United States Attorney


                                                   _____/s/_____
                                                   ILA C. DEISS
                                                   Assistant United States Attorney
                                                   Attorneys for Defendants


                                                   _____/s/_____
Date: July 11, 2007                                STANLEY CHAO
                                                   Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date:    July 16, 2007                             _____
                                                   HOWARD R. LLOYD
                                                   United States Magistrate Judge


Consent and Stipulation to Dismiss
C07-2072 HRL                                       2